CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (X)
Complaint ( )
Information ( )
Felony (X)
Misdemeanor ( )
Juvenile ( )

County of Offense: Davidson
AUSA's NAME: Josh Kurtzman

Reviewed by AUSA: __JK__
(Initials)

Matthew Knoot
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? ___ Yes  _X_ No
If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Commit Computer Fraud | Maximum of 5 years imprisonment | $1,000,000 |
| 2 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | Maximum of 20 years imprisonment | $1,000,000 |
| 3 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Maximum of 20 years imprisonment | $1,000,000 |
| 4 | 18 U.S.C. § 1030(a)(5)(A) | Computer Fraud | Maximum of 5 years imprisonment | $1,000,000 |
| 5 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | Maximum of 2 years imprisonment | $1,000,000 |
| 6 | 18 U.S.C. § 371 | Conspiracy to Cause Unlawful Employment of Aliens | Maximum of 6 months imprisonment | $250,000 |

Is the defendant currently in custody?   Yes ( )   No (X)   If yes, State or Federal?   Writ requested (N/A)

Has a complaint been filed?   Yes ( )   No (X)
  If Yes:  Name of the Magistrate Judge _____   Case No.: _____
           Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes (X)   No ( )
  If Yes:  Name of the Magistrate Judge  Holmes   Case No.: 23-mj-1155

Was bond set by Magistrate/District Judge?   Yes ( )   No (X)   Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)   To/from what district? _____
Is this a Rule 40? Yes ( )  No (X)   To/from what district? _____

Estimated trial time:   __3 Days__

The Clerk will issue a Summons/**Warrant** (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes (X)   No ( )   Recommended conditions of release: _____