# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| MATTHEW KNOOT | ) Case No. 3:24-cr-00151 Richardson |
| | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **MATTHEW KNOOT**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Commit Computer Fraud
18 U.S.C. § 1956(h) Conspiracy to Commit Money Laundering
18 U.S.C. § 1349 Conspiracy to Commit Wire Fraud
18 U.S.C. § 1030(a)(5)(A) Computer Fraud
18 U.S.C. § 1028A(a)(1) Aggravated Identity Theft
18 U.S.C. § 371 Conspiracy to Cause Unlawful Employment of Aliens

Date: 08/07/2024

_Issuing officer's signature_

City and state: Nashville, TN

Dalaina Thompson, Case Administrator
_Printed name and title_

### Return

This warrant was received on _(date)_ 8/7/24, and the person was arrested on _(date)_ 8/8/24
at _(city and state)_ Nashville, Tennessee.

Date: 8/8/24

_Arresting officer's signature_

SA Derek Rousseau
_Printed name and title_