UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:24-cr-00151

UNITED STATES OF AMERICA

Judge: Eli Richardson

V.

Hearing Date: 11/1/2024

MATTHEW ISAAC KNOOT

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Debbie Watson

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Joshua Kurtzman

Defense Attorney(s): David Fletcher

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☑
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

Telephone conference held – Joint unopposed motion to continue granted, pending filing of Waiver of Speedy Trial. Trial continued to April 1, 2024 and pretrial conference continued to March 24, 2025 at 10:00 a.m. Order to enter.

Total Time in Court: 17 Minutes

Clerk of Court
by: Julie Jackson