UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:24-CR-00151 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| MATTHEW ISSAC KNOOT ) | |
| ) | |

**NOTICE TO THE COURT REGARDING THE GOVERNMENT'S MOTION FOR A PRETRIAL CONFERENCE AND TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER**

On December 4, 2024, the parties met virtually and conferred. Through counsel, defendant Matthew Knoot notified counsel for the United States that he does not object to the Government's Motion for a Pretrial Conference and to Designate a Classified Information Security Officer filed a Docket no. 31.

Respectfully submitted,

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

Date: December 4, 2024    By: */s/ Joshua Kurtzman*
JOSHUA KURTZMAN
Assistant United States Attorneys
Middle District of Tennessee

GREGORY JON NICOSIA, JR.
Trial Attorney
National Security Division
United States Department of Justice

1

# CERTIFICATE OF SERVICE

      I hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: December 4, 2024                  */s/ Joshua Kurtzman*
                                                 JOSHUA KURTZMAN
                                                 Assistant United States Attorneys
                                                 Middle District of Tennessee

2

Case 3:24-cr-00151     Document 33     Filed 12/04/24     Page 2 of 2 PageID #: 98