UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MATTHEW ISSAC KNOOT ) | No. 3:24-00151<br>JUDGE RICHARDSON |

**UNOPPOSED MOTION TO RESET STATUS CONFERENCE**

Through undersigned counsel, Matthew Knoot moves this Court to reset the upcoming status conference set for Monday, March 3, 2025 at 2:30 p.m. (D.E. 43). In support, Mr. Knoot asserts:

1. Undersigned counsel will be on a returning flight to Nashville during the time of the hearing. The flight has been set for over a month now, and counsel is unable to change it.

2. Undersigned counsel has discussed this issue with cousnel, Greg Nicosia, who expressed he has no objection. Both attorneys are available for a conference all of the following day, Tuesday, March 4, 2025.

Based on the foregoing, Mr. Knoot requests this Court grant his motion to reset the status conference for a later time.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Matthew Knoot

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2025, I electronically filed the foregoing *Unopposed Motion to Continue Trial* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                                s/ *David Fletcher*
                                                DAVID FLETCHER