REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MATTHEW ISAAC KNOOT

(list each defendant appearing at hearing)

Case No.: 3:24-cr-00151
Judge: Eli Richardson
Hearing Date: 03/04/2025
Location: ☑ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Debbie Watson
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Greg Nicosia and Joshua Kurtzman

Defense Attorney(s): David Fletcher

## TRIAL PROCEEDINGS
1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference ☑
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Telephonic status conference held - Discussions held regarding potential motion to continue and potential waiver of speedy trial. All court dates and times remain as scheduled at this time. No order to enter.

Total Time in Court: 18 Minutes

Clerk of Court
by: Julie Jackson