

**U.S. Department of Justice**
Sue J. Bai
Head of the National Security
National Security Division

_National Security Cyber Section_
_950 Pennsylvania Avenue N.W._
_Washington, D.C. 20530_

May 9, 2025

<u>By ECF</u>

The Honorable Eli Richardson
United States District Judge
Fred D. Thompson U.S. Courthouse and Federal Bldg.
719 Church Street, Suite 5325
Nashville, TN 37203

        Re:    _United States v. Matthew Isaac Knoot_
                <u>Criminal No. 3:24-CR-00151</u>

Dear Judge Richardson:

        The government hereby notifies the Court of its filing earlier today—with the Classified Information Security Officer—of a classified _ex parte_, _in camera,_ motion under seal for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related materials. A copy of the motion's cover page, with classification markings removed, and a proposed unclassified order on the motion are enclosed.

                         Respectfully submitted,

                         <u>/s/ Gregory Jon Nicosia, Jr.</u>
                         Gregory Jon Nicosia, Jr.
                         Trial Attorney
                         National Security Division
                         National Security Cyber Section

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-CR-00151 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| MATTHEW ISSAC KNOOT | ) | |
| | ) | |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION AND MEMORANDUM OF LAW IN SUPPORT OF PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND <u>RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE</u>**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-CR-00151 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| MATTHEW ISSAC KNOOT | ) | |
| | ) | |

## [PROPOSED] UNCLASSIFIED ORDER

The Court, having carefully considered the government's Classified *Ex Parte, In Camera*, Under Seal Motion and Memorandum of Law in Support of a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure ("Motion"), and the attachments thereto, hereby **GRANTS** the Motion.

Accordingly, it is ORDERED that the Clerk of Court shall send a copy of this Order to counsel for the Defendant and the government;

It is further ORDERED that the Classified Information Security Officer shall deliver a copy of the Court's Classified Order regarding the Motion to the government;

It is further ORDERED that, consistent with the Court's Classified Order, the government shall withhold from discovery certain classified information as set forth in the Motion.

It is so ORDERED on this _____ day of _____, 2025

_____
HON. ELI RICHARDSON
UNITED STATES DISTRICT JUDGE