UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:24-cr-00151 |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |

## ORDER

Pending before the Court is Defendant's Motion to Continue Trial and Related Deadlines (Doc. No. 58, "Motion"). The Government has filed a response in opposition to the Motion. (Doc. No. 64). On or before, May 16, 2025, the Government will advise whether, as Docket No. 57 might suggest, it is anticipated or at least possible that additional discovery may be provided to Defendant.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE