IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:24-cr-00151 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |

**RESPONSE OF THE UNITED STATES TO COURT'S**
**ORDER REGARDING ADDITIONAL DISCOVERY**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and United States Department of Justice Trial Attorney Gregory J. Nicosia, Jr., and responds to the Court's Order regarding additional discovery (hereinafter the "Order").

**PROCEDURAL BACKGROUND**

As noted in the Order, on May 9, 2025, Defendant filed a Motion to Continue Trial and Related Deadlines, along with a waiver of speedy trial executed by the defendant. (DE # 58 and 59.) The same day, the United States gave Notice of the Government's Filing of a Classified *Ex Parte*, *In Camera* Motion Under Seal for a Protective Order pursuant to CIPA and Fed. R. Crim. P. 16(d)(1). (DE # 57). The United States filed its response in opposition to Defendant's Motion to Continue Trial and Related Deadlines on May 13, 2025. (DE # 64). On May 15, 2025, the Court issued the Order, which directed the United States advise "whether. . . it is anticipated or at least possible that additional discovery may be provided to Defendant." (DE # 65.)

**RESPONSE**

The United States has concluded its review and does not anticipate production of any further discovery to the Defendant.

1

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

SUE J. BAI
Head of the National Security Division


By: *s/ Gregory Jon Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
D.C. Bar No. 1033923
Trial Attorney
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-4273
Gregory.Nicosia@usdoj.gov

*s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant U. S. Attorney
719 Church Street - Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: May 15, 2025  *s/ Gregory Jon Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
Trial Attorney
National Security Division