IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:24-cr-00151 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |

### RESPONSE OF THE UNITED STATES TO COURT'S
### SECOND ORDER REGARDING ADDITIONAL DISCOVERY

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and United States Department of Justice Trial Attorney Gregory J. Nicosia, Jr., and responds to the Court's second Order regarding additional discovery.

### PROCEDURAL BACKGROUND

On May 9, 2025, Defendant filed a Motion to Continue Trial and Related Deadlines, along with a waiver of speedy trial executed by the defendant. (DE # 58 and 59.) The same day, the United States gave notice of its filing of a Classified *Ex Parte*, *In Camera*, Under Seal Motion and Memorandum of Law in Support of Protective Order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure. (DE # 57.) The United States filed its response in opposition to Defendant's Motion to Continue Trial and Related Deadlines on May 13, 2025. (DE # 64.) On May 14, 2025, the Court issued an Order directing the United States to advise "whether. . . it is anticipated or at least possible that additional discovery may be provided to Defendant." (DE # 65.) On May 15, 2025, the United States filed a response, notifying the Court that it "does not anticipate production of any further discovery to the Defendant." (DE # 67.) On May 16, 2025, the Court issued a second Order directing the United States to "advise the Court . . . if production of additional discovery remains at least *possible* pending the ultimate outcome of the Motion at Docket No. 57." (DE # 68.) (emphasis original).

1

**RESPONSE**

Should the Court deny the Motion for a Protective Order, in whole or in part, the production of additional discovery is at least possible. Otherwise, the United States does not anticipate production of further discovery to the Defendant.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

SUE J. BAI
Head of the National Security Division

By: *s/ Gregory Jon Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
D.C. Bar No. 1033923
Trial Attorney
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-4273
Gregory.Nicosia@usdoj.gov

*s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant U. S. Attorney
719 Church Street - Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: May 16, 2025

*s/ Gregory Jon Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
Trial Attorney
National Security Division