UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:24-CR-00151 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| MATTHEW ISSAC KNOOT | ) |

*EJR*

[PROPOSED] UNCLASSIFIED ORDER

The Court, having carefully considered the government's Classified *Ex Parte, In Camera*, Under Seal Motion and Memorandum of Law in Support of a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure ("Motion"), and the attachments thereto, hereby **GRANTS** the Motion.

Accordingly, it is ORDERED that the Clerk of Court shall send a copy of this Order to counsel for the Defendant and the government;

It is further ORDERED that the Classified Information Security Officer shall deliver a copy of the Court's Classified Order regarding the Motion to the government;

It is further ORDERED that, consistent with the Court's Classified Order, the government shall withhold from discovery certain classified information as set forth in the Motion.

It is so ORDERED on this 22nd day of May, 2025.

_____
HON. ELI RICHARDSON
UNITED STATES DISTRICT COURT JUDGE