UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-00151 |
| | ) | JUDGE RICHARDSON |
| | ) | |
| MATTHEW KNOOT | ) | |

## NOTICE OF APPEARANCE

Undersigned counsel Richard Thomason, Assistant Federal Public Defender,

hereby gives notice of his appearance as counsel on behalf of Matthew Knoot in the

above-styled case.

Respectfully submitted,

s/ *Richard Thomason*
Richard Thomason
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
Attorney for Jamal Gardner

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2025, I electronically filed the foregoing *Notice of Appearance* with the U.S. District Court Clerk by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 32703

s/ Richard Thomason
RICHARD THOMASON

2