IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:24-cr-00151 |
| | ) | |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |

## MOTION TO SET TELEPHONIC STATUS CONFERENCE

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and moves this court to set a telephonic status conference the week of July 14 – 18, 2025. For cause, the United States filed a Motion in *Limine* to Refer to Victims by Pseudonyms at Trial on June 25, 2025. The United States understands that certain victims may seek to intervene in this action depending on the Court's ruling on this, currently unopposed, Motion in *Limine*. The United States is concerned that a ruling on this pending motion on the eve of trial may affect a victim's ability to intervene, if such an action is necessary. Accordingly, the United States asks the Court to set a counsel-only telephonic status conference the week of July 14 – 18, 2025, to discuss this pending Motion in *Limine*.

    Respectfully submitted,

    ROBERT E. McGUIRE
    Acting United States Attorney

By:    *s/ Joshua A. Kurtzman*
    JOSHUA A. KURTZMAN
    Assistant U. S. Attorney
    716 Church Street – Suite 3300
    Nashville, Tennessee 37203-3870
    Telephone: 615-401-6617