UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:24-cr-00151 |
| | ) | |
| MATTHEW ISAAC KNOOT | ) | JUDGE RICHARDSON |

## ORDER

The Government's Motion to Set Telephonic Status Conference (Doc. No. 78) is granted.

A telephonic status conference is scheduled for July 14, 2025, at 9:00 a.m. The call-in instructions will be provided to counsel via e-mail from the Court.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE