# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MATTHEW ISAAC KNOOT

(list each defendant appearing at hearing)

)
)
)
)
)
)
)
)
)
)

Case No.: 3:24-cr-00151

Judge: Eli Richardson

Hearing Date: 07/14/2025

Location: ☑ Nashville ○ Columbia ○ Cookeville

Court Reporter: Rich Ehrlich

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Joshua Kurtzman and Gregory Nicosia, Jr.

Defense Attorney(s): David Fletcher and Alex Thomason

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1. 
2. 
3. 
4. 
5. 
6. 
Alt 1. 

7. 
8. 
9. 
10. 
11. 
12. 
Alt 2. 

COMMENTS:

Telephonic status conference held - Defendant is to respond to Government's Motion in Limine (Doc. No. 72) by July 17, 2025. The Government is to file its reply by the end of the day on July 21, 2025. No order to enter.

Total Time in Court: 19 Minutes

Clerk of Court

by: Julie Jackson

Reset Form