# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:24-CR-00151 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| MATTHEW ISSAC KNOOT ) | |
| ) | |

### JOINT NOTICE TO THE COURT REGARDING THE PARTIES' RESOLUTION OF THE GOVERNMENT'S MOTION TO REFER TO VICTIMS BY PSEUDONYMS AT TRIAL

On July 14, 2025, the Court held a telephonic status conference regarding the United States Motion in *Limine* to Refer to Victims by Pseudonyms at Trial. (DE # 75 and 81.) During the telephonic status conference, counsel for the United States indicated that the United States would circulate a proposed stipulation to counsel for the defendant in an attempt to resolve the issue. On July 15, 2025, the undersigned emailed defendant's counsel the stipulation attached hereto as **Exhibit A**. On July 17, 2025, defendant, through counsel, stated he was "fine" with the proposed stipulation, and, in response, the undersigned requested the stipulation be returned to the United States with the defendant's signature at defense counsel's earliest convenience. On July 18, 2025, defendant's counsel concurred with the filing of this Joint Notice to advise the Court of the parties' resolution of this matter.

Accordingly, the United States notifies the Court that its Motion in *Limine* to Refer to Victims by Pseudonyms at Trial at docket entry 75 is moot, for the moment, pending the return of the signed stipulation, attached hereto as **Exhibit A.**

1

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney


By:     *s/ Gregory Jon Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
D.C. Bar No. 1033923
Trial Attorney
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-4273
Gregory.Nicosia@usdoj.gov

*s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant U. S. Attorney
719 Church Street - Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: July 18, 2025   */s/ Gregory Jon Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
Trial Attorney
National Security Division