> **ORDER**
> The Motion (Doc. No. 72) is granted nunc pro tunc.
> IT IS SO ORDERED.
> *Eli Richardson*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-cr-00151 |
| v. | ) | |
| | ) | Judge Richardson |
| MATTHEW ISAAC KNOOT | ) | |

**UNITED STATES' MOTION TO EXTEND TIME TO FILE ADDITONAL BRIEFING**

The United States of America, by and through undersigned counsel, respectfully moves this court to extend the deadline for filing additional briefing to defendant's motion to suppress (DE 48) to Tuesday, June 3, 2025. Defense counsel, David Fletcher, has no objection to the extension.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney
Middle District of Tennessee

*s/ Joshua Kurtzman*
Joshua Kurtzman
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

*s/ Gregory Jon Nicosia, Jr.*
Gregory Jon Nicosia, Jr.
D.C. Bar No. 1033923
Trial Attorney
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-4273