UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 3:24-cr-00151 |
| ) | |
| MATTHEW ISAAC KNOOT ) | JUDGE RICHARDSON |

**ORDER**

Pending before the Court is the United States Motion in Limine to Refer to Victims by Pseudonyms at Trial (Doc. No. 75, "Motion"). In light of the parties' joint notice regarding the resolution of the Motion (Doc. No. 82) via their stipulation (Doc. No. 82-1)—which the Court intends to honor—the Motion is now moot. Accordingly, the Motion is DENIED as moot.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE