UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 3:24-cr-00151 |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |
| ) | |

**ORDER**

A telephonic conference call is scheduled for July 22, 2025, at 9:00 a.m. The Court will announce its ruling on Defendant's Motion to Dismiss Counts 1, 4, 5 and 6 of the Indictment (Doc. No. 76).

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE