REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:24-cr-00151

UNITED STATES OF AMERICA

V.

MATTHEW ISAAC KNOOT

(list each defendant appearing at hearing)

Judge: Eli Richardson
Hearing Date: 7/22/2024
Location: ● Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Rich Ehrlich
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Joshua Kurtzman and Greg Nicosia

Defense Attorney(s): David Fletcher

### TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding ✓
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Telephone conference held - Defendant's Motion to Dismiss Counts 1, 4, 5 & 6 of the Indictment (Doc. No. 76) granted in part and denied in part. Granted as to Count 6 and denied as to Counts 1, 4 & 5. Order to enter.

Total Time in Court: 1 Hour and 17 Minutes

Clerk of Court
by: Julie Jackson