UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 3:24-cr-00151 |
| ) | |
| MATTHEW ISAAC KNOOT ) | JUDGE RICHARDSON |

## ORDER

For the reasons as stated during the telephone conference held on July 22, 2025, Defendant's "Motion to Dismiss Counts 1, 4, 5 & 6 of the Indictment" (Doc. No. 76, "Motion") is granted in part and denied in part. Specifically, the Motion is granted as to Count 6 of the Indictment and denied as to Counts 1, 4 and 5.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE