UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    Case Number 3:24-cr-00151
    )    JUDGE RICHARDSON
MATTHEW ISAAC KNOOT    )
    )

## ORDER

A telephonic conference call is scheduled for July 29, 2025, at 9:00 a.m. (CST). The Court will announce its ruling on Defendant's Motion to Suppress (Doc. No. 48).

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE