UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 3:24-cr-00151 |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |
| ) | |

### ORDER

The Government is to file its response to the Defendant's Motion to Continue Trial and Related Deadlines (Doc. No. 90) no later than the calendar day of July 28, 2025.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE