UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case Number 3:24-cr-00151 |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |
| | ) | |

## ORDER

The telephonic conference call is rescheduled for July 30, 2025, at 9:00 a.m. (CST). The Court will announce its ruling on Defendant's Motion to Suppress (Doc. No. 48) and its ruling on Defendant's Motion to Continue Trial (Doc. No. 90).

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE