UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case Number 3:24-cr-00151 |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |
| | ) | |

## ORDER

For the reasons discussed during the telephone conference on July 30, 2025, the Defendant's Motion to Suppress (Doc. No. 48) is denied.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE