REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:24-cr-00151

UNITED STATES OF AMERICA

V.

Judge: Eli Richardson

Hearing Date: 7/30/2025

MATTHEW ISAAC KNOOT

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Rich Ehrlich

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Joshua Kurtzman and Greg Nicosia

Defense Attorney(s): David Fletcher

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☑
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Telephone conference held - Defendant's Motion to Suppress (Doc. No. 48) is denied. A telephone conference is scheduled for July 31, 2025, at 3:30 p.m. to discuss Defendant's Motion to Continue Trial (Doc. No. 90). Order to enter.

Total Time in Court: 2 Hours and 38 Minutes

Clerk of Court by: Julie Jackson