REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:24-cr-00151

**UNITED STATES OF AMERICA**

V.

Judge: Eli Richardson

Hearing Date: 7/31/2025

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

MATTHEW ISAAC KNOOT

Court Reporter: Rich Ehrlich

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Joshua Kurtzman and Greg Nicosia

Defense Attorney(s): David Fletcher

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☒
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Telephone conference held - Defendant's opposed Motion to Continue (DE 90) is granted. Trial is rescheduled for October 14, 2025. Pretrial conference rescheduled for September 29, 2025 at 9:00 a.m. Defendant to file expert witness disclosure by end of today, July 31, 2025. Government may file its response to such disclosure by August 8, 2025. Defendant may reply to Government's response by August 22, 2025. Rescheduling order to enter.

Total Time in Court: 30 Minutes

Clerk of Court
by: Julie Jackson