CURRICULUM VITAE –Digital Forensics Analyst

**Luis David Castrillon, M.S.**
**CFCE, GCFE, GASF, CFME, CVST, CVSE, CCPO**
Envista Forensics
5565 Centerview Dr, Suite 200
Raleigh, NC 27606

## EDUCATION

Advanced Computer Evidence Recovery Training, Treasury Computer Forensic Training Program, 2021
Basic Cell Phone Forensics, Treasury Computer Forensic Training Program, 2018
Basic Computer Evidence Recovery Training, Treasury Computer Forensic Training Program, 2018
Immigration and Customs Enforcement – Special Agent Training (ICE-SAT 007), FLETC, 2010
Criminal Investigator Training Program (CITP-951), FLETC, 2009
US Postal Inspection Service National Academy – Postal Inspector Basic Training, 2003
M.S., Forensic Science, University of New Haven, 2002
Professional Certificate, Forensic Computer Investigation, University of New Haven, 2001
B.S., Criminal Justice, Jacksonville State University, 1998
A.A.S., Law Enforcement Technology, Central Piedmont Community College, 1996
Basic Law Enforcement Graduate, Central Piedmont Community College, 1995

## DIGITAL FORENSICS TRAINING: Over 550 hours

Techno Security & Digital Forensics Conference: 2025
Techno Security & Digital Forensics Conference: 2024
SANS FOR508 Advanced Incident Response, Threat Hunting and Digital Forensics
SANS FOR585 Advanced Smartphone Forensic Analysis
SANS FOR500 Windows Forensic Analysis
ICAC Task Force National Training Program BitTorrent Investigations
ICAC Task Force National Training Program eMule Investigations
ICAC Task Force National Training Program Freenet Investigations
American Academy of Applied Forensics: Hardware Fundamentals for Law Enforcement and Introduction to Computer Forensics
New Horizons Computer Learning Center: Linux Fundamentals
Texas Board of Private Investigators and Private Security Agencies: Internet Investigations

Vendor-Specific Training:

Blacklight Tool Training Course
Cellebrite Certified Operator, Cellebrite Certified Physical Analyst, Cellebrite Certified Premium Operator
Sumuri MFSC 101: The Best Practices in Mac Forensics, Sumuri
Sumuri MFSC 201: The Advanced Practices in Mac Forensics
Berla Vehicle System Forensics Course, Cyber Triage Basics - Analysis

24 June 2025

## PROFESSIONAL EXPERIENCE

**Envista Forensics, LLC**                                                                Raleigh, NC
*Digital Forensic Analyst*                                                        April 2023-Present

Luis is employed with Envista as an analyst.  In his role as analyst, Luis aids examiners on current cases, provides research and testing, and onsite collection of data. Luis also travels across the country to law enforcement facilities and businesses to collect data for preservation or analysis.

**US Department of Homeland Security**
**Homeland Security Investigations - HSI**                                    Raleigh, NC
*Special Agent/Computer Forensics Agent*                          April 2018 - March 2023

As a Computer Forensics agent, Luis conducted forensic analysis on various types of digital media in furtherance of criminal investigations involving Child Exploitation, Human/Sex Trafficking, Narcotics, Financial/Identity Fraud, Intellectual Property Rights and Immigration violations.  Luis responded to crime scenes, evaluated, and triaged digital evidence.  Luis also aided local, state, and other federal agencies in the recovery and examination of digital evidence.

**US Department of Homeland Security**
**Homeland Security Investigations - HSI**                                    Raleigh, NC
*Special Agent*                                                    September 2009 – April 2018

As a Special Agent Luis conducted criminal investigations of violations of federal law involving Intellectual Property Rights, Human/Sex Trafficking, Narcotics, Financial/Identity Fraud, and Immigration crimes.   In this capacity, Luis conducted surveillance and undercover operations and executed search and arrest warrants, prepared affidavits and detailed reports of his investigations for presentation to the US Attorney's Office for prosecution.  Luis also conducted witness interviews and interrogations.  As a native Spanish speaker, Luis would often assist local, state and other federal agencies when interviewing witness from Latin and South American countries.  Luis's collateral duties included being a Firearms Instructor (FI) and a Designated Technical Agent (DTA).  As an FI, Luis would lead or assist in providing monthly firearms training
for Special Agents of the HSI Raleigh, NC field office. As a DTA, Luis would provide technical assistance to Special Agents of the HSI Raleigh, NC field office related to covert electronic surveillance equipment.

**US Postal Inspection Service**                                                        Raleigh, NC
*Postal Inspector*                                                    March 2003 – September 2009

As a Postal Inspector Luis conducted criminal investigations of violations of federal law involving the US Postal Service and its employees.   In this capacity, Luis conducted surveillance and undercover operations, witness interviews and interrogations, executed search and arrest warrants, prepared affidavits and detailed reports of his investigations for presentation to the US Attorney's Office for prosecution.  Luis's collateral duties included being a Hazardous Waste Operator (HazWOper).  As a HazWOper, Luis responded to reports of suspicious substances and parcels. Luis used specialized equipment and instrumentation to analyze substances for possible biohazards or explosives.

**Connecticut Inter-Local Risk Management Agency**                    New Haven, CT
*Worker's Compensation Adjuster Trainee*                    February 2001 – May 2002

Luis interviewed claimants regarding their claim of injury, reviewed medical reports and provided authorization for limited treatment plans.

**Investigative Resources Global (IRG)**                    Charlotte, NC
Intelligence Analyst                    March 1998 – July 2000

Luis started at IRG as an Investigative Analyst within the Business Research and Intelligence Unit collecting criminal history and background information for Special Investigation Unit (SIU) field investigators. Luis was quickly promoted to Intelligence Analyst. As an Intelligence Analyst, Luis provided stakeholders with travel advisory daily briefings of criminal activity trends and civil unrest occurring within the Americas.

## EXPERT EXPERIENCE & WITNESS TESTIMONY

Commonwealth of Virginia vs. Mamoud Abdalla (FE-2024-418 and 419), Possession of Child Exploitation Material and Receipt/Distribution of Child Exploitation Material, Expert Testimony on Computer Forensics, February 14, 2025

Commonwealth of Virginia vs. Deepak Patel (CR24000111-01, 112-01, 113-01), Use of electronic device for Child Enticement, Expert Testimony on Computer Forensics, October 10, 2024

Chavez vs. Robinson and Goodyear Tire and Rubber Co (21-cv-11218), Motor Vehicle Accident, Deposition Regarding Cell Phone Forensics, September 15, 2023

## INSTRUCTOR & PRESENTATION EXPERIENCE

2025 – Presenter – Introduction to the Protection and Preservation of Digital Evidence, New Hanover County Public Defender's Office, Wilmington, NC.

2024 – Presenter - Digital Evidence in Child Exploitation Cases, Virginia Indigent Defense Commission, Lynchburg, VA

2017 – 2022 HSI Firearms Instructor - Raleigh, NC Field Office

## CERTIFICATIONS

GIAC Certified Forensic Examiner (GCFE)
GIAC Advanced Smartphone Forensics (GASF)
Certified Forensic Mac Examiner (CFME)
Certified Forensic Computer Examiner (CFCE)
Certified Vehicle System Forensic Technician (CVST)
Certified Vehicle System Forensic Examiner (CVSE)
Cellebrite Certified Operator (CCO)
Cellebrite Certified Physical Analyst (CCPA)
Cellebrite Certified Premium Operator (CCPO)

24 June 2025

A+ Certification

## PROFESSIONAL AFFILIATIONS

2016 - Current – Member, International Association of Computer Investigative Specialists (IACIS)
1996 – Current - American Academy of Forensic Sciences (AAFS)

## ADDITIONAL AREAS OF TRAINING

### FORENSIC AND INVESTIGATIONS TRAINING: Over 650 hours

Jacksonville State University: Collection and Preservation of Physical Evidence
Jacksonville State University: Child Abuse Investigations
Jacksonville State University: Forensic Anthropology
Jacksonville State University: Counterfeit Currency Investigations
Jacksonville State University: Psychological Profiling
The Alabama Network of Children's Advocacy Centers: Training on Child Abuse
Southern Institute of Forensic Science: Forensic Pathology for Law Enforcement and Death Investigators
Vale National Training Centers: Worker's Compensation Adjusting
Henry C. Lee Institute of Forensic Science: 2001 Arnold Markle Symposium, Time Sensitive Investigations
Henry C. Lee Institute of Forensic Science: 2002 Arnold Markle Symposium, Arson and Other Terrorist Homicides
NC International Association of Identification: 2004 Fall Conference
NC International Association of Identification: 2004 Spring Conference
NC International Association of Identification: 2005 Spring Conference
NC International Association of Identification: 2006 Fall Conference
NC International Association of Identification: 2007 Spring Conference
American Academy of Applied Forensics: Bloodstain Pattern Analysis Workshop
American Academy of Applied Forensics: Flies, Foliage and Features (Forensic Entomology, Botany and Anthropology)
US Postal Inspection Service National Academy: Basic Bomb Investigations Course
US Postal Inspection Service National Academy: Crime Scene Processing
US Postal Inspection Service National Academy: Forensic Sampling and Suspicious Substance Screening
US Postal Inspection Service National Academy: Bio-Detection Systems/HazWOper/MICT Training
The University of North Carolina School of Medicine: Medico-Legal Seminar 2005
The University of North Carolina School of Medicine: Medico-Legal Seminar 2006
The University of North Carolina School of Medicine: Medico-Legal Seminar 2007
Regional Organized Crime Information Center: Analytical Techniques Training Course
US Attorney's Office EDNC: Human Trafficking Conference
Bucks County Community College: Hazardous Materials Technician
NC International Association of Financial Crimes Investigators: 2007 Training Conference
US Immigration and Customs Enforcement Academy: Technical Surveillance School (ICE-TSS 004)
US Immigration and Customs Enforcement Academy: Human Smuggling/Trafficking Training Program
NC Department of the Secretary of State: NC Intellectual Property Crime and Counterfeit Trademark Training
NWC3: FC122 Intellectual Property Theft Training
PI Education: Georgia Private Detective Pre-Licensing Course

24 June 2025

24 June 2025