# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-CR-00151 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |

## *LIMITED* NOTICE OF APPEARANCE OF EDWARD J. CANTER

Edward J. Canter hereby enters his appearance for Company A for the limited purpose of asserting Company A's rights under the Crime Victims Rights Act, 18 U.S.C. § 3771(d)(3), and objecting to certain aspects of the trial procedure proposed by the parties in ECF No. 82-1.

Date: August 15, 2025

Respectfully submitted,

*/s/ Edward J. Canter*
J. Alex Little (TN BPR #29858)
Zachary C. Lawson (TN BPR #36092)
Edward J. Canter (NY #5345236)
Litson PLLC
54 Music Square E, Suite 300
Nashville, Tennessee 37203
Tel: (615) 985-8205
alex@litson.co
zack@litson.co
ted@litson.co

*Attorneys for Company A*

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025 I electronically filed the foregoing, which is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                 */s/ Edward J. Canter*
                                                 Edward J. Canter