# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NO. 3:24-CR-00151** |
| **v.** | ) | |
| | ) | **JUDGE RICHARDSON** |
| **MATTHEW ISAAC KNOOT** | ) | |

### *LIMITED* NOTICE OF APPEARANCE OF ZACHARY C. LAWSON

Zachary C. Lawson hereby enters his appearance for Company A for the limited purpose of asserting Company A's rights under the Crime Victims Rights Act, 18 U.S.C. § 3771(d)(3), and objecting to certain aspects of the trial procedure proposed by the parties in ECF No. 82-1.


Date: August 15, 2025

Respectfully submitted,

*Zachary C. Lawson*
J. Alex Little (TN BPR #29858)
Zachary C. Lawson (TN BPR #36092)
Edward J. Canter (NY #5345236)
Litson PLLC
54 Music Square E, Suite 300
Nashville, Tennessee 37203
Tel: (615) 985-8205
alex@litson.co
zack@litson.co
ted@litson.co

*Attorneys for Company A*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 15, 2025 I electronically filed the foregoing, which is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Zachary C. Lawson*
Zachary C. Lawson