UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-CR-00151 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |

PROPOSED ORDER REGARDING
THE USE OF PSEUDONYMS RELATING TO COMPANY A AT TRIAL

Company A has moved under 18 U.S.C. Section 3771 to seek pseudonymous treatment in these proceedings. Company A is a "crime victim," as defined under 18 U.S.C. section 3771(e)(2), of the conduct alleged in the indictment. Under 18 U.S.C. section 3771(d)(3), Company A has standing to assert its rights in this case. The Court shall refer to Company A pseudonymously throughout these proceedings in order to protect its rights under 18 U.S.C. section 3771(a)(8).

Good cause showing, the Court finds and orders as follows:

1. Company A may testify at trial using the pseudonym "Company A" and without revealing its corporate name, business address, or other identifying information;

2. Company A's representatives may testify at trial using only their first name and last initial, and without revealing their full names, company affiliation, business or home addresses, or other identifying information;

3. All trial participants, including counsel for the United States, the United States' witnesses, counsel for the Defendant, the Defendant, and the Defendant's witnesses shall refer to Company A and its representatives using only the identified pseudonyms (Company A or first names and last initials, respectively);

4. Company A's representatives who may testify at trial shall be identified to potential jurors solely by photograph for the purpose of recusing any jurors who may know those witnesses;

5. The Defendant and the United States shall redact names and personally identifying information from any exhibits admitted at trial or presented to the jury, including demonstratives;

6. Prior to trial the United States will provide a key indicating Company A's representative witnesses' true names and affiliations, along with their respective pseudonyms, to the Court and to counsel for the Defendant but not to the jury. This document shall not be filed on the public docket, shall be kept in strict confidence, and shall remain in the Courthouse. All copies will be collected by the United States at the conclusion of trial, and it will keep one copy for its records and destroy all others; and

7. Any violation of this Protective Order, as determined by the Court, will require, in addition to any other sanction deemed appropriate by the Court, the immediate redaction of Company A's name or the names of any of its representatives from the trial transcript as well as the withdrawal, redaction, and re-submission of any exhibit or demonstrative.

Dated: _____, 2025

SO ORDERED.

_____
THE HONORABLE ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF TENNESSEE