UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-00151 |
| | ) | JUDGE RICHARDSON |
| | ) | |
| MATTHEW KNOOT | ) | |

## NOTICE OF APPEARANCE

Comes now, Dumaka Shabazz, Federal Public Defender, and hereby gives notice of his appearance as counsel in this matter and requests that all documents filed from this date forward be served upon him.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Matthew Knoot

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of August 2025, I electronically filed the foregoing *Notice of Appearance* with the U.S. District Court Clerk by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Joshua A. Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 32703

                                *s/ Dumaka Shabazz*
                                DUMAKA SHABAZZ

2

Case 3:24-cr-00151　　Document 107　　Filed 08/25/25　　Page 2 of 2 PageID #: 539