UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
 )
v. ) Criminal Case No. 3:24-cr-00151
 )
MATTHEW ISAAC KNOOT ) JUDGE RICHARDSON

**<u>ORDER</u>**

By September 25, 2025, the parties shall advise the Court whether they are amenable to forgoing advising the jury as to the identity of Company A and instead reading to the jury stipulated facts that are—although not so specific as to reveal Company A's identity—adequate to enable Defendant potentially to argue that if a company like Company A could be duped by Yang, so also could Defendant be duped.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE