UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:24-cr-00151 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| MATTHEW KNOOT | ) |

## MOTION TO SET HEARING FOR CHANGE OF PLEA

Through undersigned counsel, Matthew Knoot respectfully moves the Court to schedule a change of plea hearing in this case. Mr. Knoot has decided to change his plea of not guilty to a plea of guilty pursuant to an agreement with the United States. It is the intention of the parties to present the Court with that agreement and a plea petition.

This case is currently set for trial on October 14, 2025. (D.E. 100) In that same order, the Court set September 29, 2025, as an option for a change of plea hearing. Mr. Knoot requests the Court grant this motion and set the change of plea hearing for that date.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER (BPR#041018)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Matthew Knoot

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2025, I electronically filed the foregoing *Motion to Set Hearing for Change of Plea* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                                s/ *David Fletcher*
                                                DAVID FLETCHER