UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cr-00151 |
| | ) | JUDGE RICHARDSON |
| MATTHEW KNOOT | ) | |

**ORDER**

Defendant's Motion to Set Hearing for Change of Plea (Doc. No. 115) is granted. A plea hearing in this case is scheduled for **September 29, 2025, at 11:00 a.m.**

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE