# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MATTHEW ISAAC KNOOT

(list each defendant appearing at hearing)

Case No.: 3:24-cr-00151
Judge: Eli Richardson
Hearing Date: 9/29/2025
Location: ☒ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Joshua Kurtzman and Gregory Nicosia

Defense Attorney(s): David Fletcher

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☒
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Plea hearing held. Plea petition and plea agreement signed and submitted in open court. Defendant pled guilty to Count 1 of the the Indictment. Sentencing scheduled for February 2, 2026, at 2:00 p.m. Plea documents to be filed. Order to enter.

Total Time in Court: 1 Hour and 4 Minutes

Clerk of Court
by: Julie Jackson

Reset Form