UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00151 |
| | ) | Judge Richardson |
| MATTHEW ISAAC KNOOT | ) | |

## GOVERNMENT'S MOTION TO WITHDRAW

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned Assistant United States Attorney, Joshua Kurtzman, and moves the Court to withdraw as attorney of record in this case. United States Department of Justice – National Security Division Trial Attorney Gregory Nicosia, Jr. will remain as counsel of record in this case.

WHEREFORE, the United States respectfully requests that Joshua Kurtzman be terminated as counsel of record in the case.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
for the Middle District of Tennessee

*/s Joshua Kurtzman*
Joshua Kurtzman
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, TN 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served through the Court's Electronic Filing System to defense counsel of record, Luke Evans, on November 10, 2025.

*/s Joshua Kurtzman*
Joshua Kurtzman
Assistant United States Attorney