| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:24-cr-00151 |
| | ) JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) |

## ORDER

Defendant's unopposed Motion to Continue Sentencing (Doc. No. 124) is GRANTED. The sentencing hearing in this case is rescheduled for **March 30, 2026, at 9:00 a.m.**

Counsel are hereby given a standard reminder that any issues regarding, or requests for, (i) departing downward under U.S.S.G. § 5K2.23, (ii) running the sentence concurrent with the sentence in another case under subparagraph (b)(2) or subsection (c) or (d) of U.S.S.G. § 5G1.3, or (iii) adjusting the sentence downward under U.S.S.G. § 5G1.3(b)(1) should be raised in the filings made prior to sentencing.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE