| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:24-cr-00151 |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |

## ORDER

Due to an unavoidable court scheduling conflict, the sentencing hearing scheduled for March 30, 2026, at 9:00 a.m. is postponed, and the new date and time of the hearing will be announced by separate order.

IT IS SO ORDERED.


_Eli Richardson_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE