UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. 3:24-cr-00151
) JUDGE RICHARDSON
MATTHEW ISAAC KNOOT )

## **ORDER**

The sentencing hearing in this case is rescheduled for **May 1, 2026, at 9:00 a.m.**

Counsel are hereby given a standard reminder that any issues regarding, or requests for, (i) departing downward under U.S.S.G. § 5K2.23, (ii) running the sentence concurrent with the sentence in another case under subparagraph (b)(2) or subsection (c) or (d) of U.S.S.G. § 5G1.3, or (iii) adjusting the sentence downward under U.S.S.G. § 5G1.3(b)(1) should be raised in the filings made prior to sentencing.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE