# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

) Case No.: 3:24-cr-00151

## UNITED STATES OF AMERICA

V.

) Judge: Eli Richardson

) Hearing Date: 05/01/2026

MATTHEW ISAAC KNOOT

) Location: ⊙ Nashville  ○ Columbia  ○ Cookeville

) Court Reporter: Gary Schneider

(list each defendant appearing at hearing)

) Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Gregory Nicosia

Defense Attorney(s): David Fletcher

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
   *For items 1-6, a Witness/Exhibit List is required
   and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1. 
2. 
3. 
4. 
5. 
6. 
Alt 1. 

7. 
8. 
9. 
10. 
11. 
12. 
Alt 2. 

COMMENTS:

Sentencing hearing held - Witness testimony presented. Arguments heard. Defendant sentenced to 18 months' incarceration, 1 year supervised release, $15,100 restitution and $100 special assessment. Defendant to self-report to designated BOP facility by 2:00 p.m. on June 30, 2026. Witness List to be docketed. Judgment to enter.

Total Time in Court: 4 Hours and 15 Minutes

Clerk of Court

by: Julie Jackson

Reset Form  Case 3:24-cr-00151    Document 136    Filed 05/01/26    Page 1 of 1 PageID #: 885