# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    TENNESSEE

UNITED STATES OF AMERICA

V.

MATTHEW ISAAC KNOOT

**WITNESS LIST**

Case Number:    3:24-cr-00151

| PRESIDING JUDGE Eli Richardson | PLAINTIFF'S ATTORNEY Gregory Nicosia | DEFENDANT'S ATTORNEY David Fletcher |
|---|---|---|
| SENTENCING HEARING HELD 05/01/2026 | COURT REPORTER Gary Schneider | COURTROOM DEPUTY Julie Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 05/01/2026 | | | |
| | X | | | | **WITNESS:** Jasmine Zhang |

Page ___1___ of ___1___