| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:24-CR-00151 |
| | ) JUDGE RICHARDSON |
| v. | ) |
| | ) |
| MATTHEW ISAAC KNOOT | ) |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Matthew Knoot, appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment and Commitment Order of the District Court entered on the docket on May 19, 2026 (R. 141). According to Rule 4(b) of the Federal Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within fourteen (14) days "after the later of: the entry of either the judgment or the order being appealed."

Respectfully submitted,

s/ *David Fletcher*
DAVID  FLETCHER
Assistant Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Matthew Knoot

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing *Notice of Appeal* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua A. Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

s/ *David Fletcher*
DAVID FLETCHER

2