

**U.S. Department of Justice**

United States Marshals Service

*Attn: Katrina Burch, Inv. Analyst*
*719 Church Street, Suite 2500*
*Nashville, TN  37203*

May 27, 2026

Matthew Knoot
USMS #: 29340-511
Case No. 3:2024-cr-00151

RE: NOTICE OF DESIGNATION TO SERVE SENTENCE

Mr. Fisher,

This letter is to advise you that the Bureau of Prisons has designated you **FCI MEMPHIS, 1101 JOHN A DENIE RD, MEMPHIS, TN 38134** to serve the sentence ordered by the United States District Court, Middle District of Tennessee.

You are ordered to report to **FCI MEMPHIS**, no later than **2:00 PM, Tuesday, June 30, 2026**. You may find information regarding your designated facility at **www.bop.gov/locations.**

Please be advised that failure to report for the service of your sentence as ordered by the court could result in an additional charge.

Please feel free to call our office should you need any further assistance. Our office number is (615) 750-1434.

Denny W. King
U. S. Marshal

Katrina Burch
Investigative Analyst