ORDER
The Motion (Doc. No. 140) is GRANTED as procedurally compliant and unopposed as far as the record indicates.

Eli Richardson

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cr-00151 |
| | ) | JUDGE RICHARDSON |
| | ) | |
| MATTHEW KNOOT | ) | |

## DEFENSE COUNSEL'S MOTION TO WITHDRAW

Pursuant to Rule 83.01(g) of the Local Rules of Court for the Middle District of Tennessee, undersigned counsel respectfully moves to withdraw as counsel of record in this Court, so that another lawyer can be assigned[1] to represent Mr. Knoot and consider a potentially nonfrivolous claim of ineffective assistance of counsel.

At sentencing hearing, Mr. Knoot was sentenced to serve 18 months in custody, and he was given until June 30, 2026 to self-report to begin service of this sentence. *Minute Entry*, D.E. 136.

Subsequent conversations between undersigned counsel and Mr. Knoot have led to an irreparable breakdown in the attorney-client relationship. The plea agreement in this case contains an appeal waiver, but it specifically permitted Mr. Knoot to file an appeal or other collateral attack based on a "claim of involuntariness,

---

[1] On August 8, 2024, Mr. Knoot was found to be financially unable to employ counsel by the District Court, and counsel was appointed. D.E. 11.