**ORDER**
The Motion (Doc. No. 148) is DEFERRED until such time as filing counsel enters a proper notice of appearance.

*Eli Richardson*

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **3:24-cr-151** |
| | ) | **JUDGE RICHARDSON** |
| MATTHEW KNOOT | ) | |

## MOTION TO REMAIN ON RELEASE DURING PENDENCY OF APPEAL

Comes now Counsel for the defendant, Mr. Matthew Knoot, Mr. Manuel B. Russ, and moves this Honorable Court to permit him to remain supervised release during the pendency of his appeal of the Court's sentence imposed on May 1st, 2026, of eighteen months confinement followed by one year of supervised release. The Court permitted Mr. Knoot to self-surrender no later than 2 P.M. June 30th, 2026, and, at the filing of this motion, he is still on supervision and complying with all the terms of his release imposed by the Court[1]. Mr. Knoot, for the reasons noted below, moves this Court to allow him to remain on supervision, under the same terms and conditions, during the pendency of his appeal and hold in abeyance the requirement that he report to serve his sentence of confinement by June 30th, 2026.

18 U.S.C. § 3143(b) establishes a default rule of detention for convicted defendants who have been sentenced to imprisonment and have filed an appeal or petition for certiorari and creates a presumption against release. 18 U.S.C. § 3143(b); *United States v. Chilingirian*, 280 F.3d 704 (6th Cir. 2002). "To establish entitlement to release pending appeal, defendant must show 1) by clear and convincing evidence, that he is not likely to flee or pose a danger to the safety of another person or the community, and 2) that the appeal is not for delay and raises a substantial question of law or fact likely to result in reversal, an order for new trial, or a sentence that does not include

---

[1] Mr. Knoot was released on August 8th, 2024, and has remained on supervision and in compliance for the past twenty-two months without incident.